IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YONG LI, | : | CIVIL ACTION 5:18-cv-01325 |
|     Plaintiff | : | |
| | : | |
| v. | : | Assigned to: The Hon. Joseph F. Leeson, Jr. |
| | : | |
| FAMILY GARDEN II, INC., | : | |
| *et al.* | : | |
|     Defendants | : | |

### STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEXING GAO AND FAMILY GARDEN II, INC. d/b/a FAMILY GARDEN CHINESE RESTAURANT

Yong Li, Plaintiff, by his attorney, Richard R. Morel, Esquire, and Dexing Gao and Family Garden II, Inc., d/b/a/ Family Garden Chinese Restaurant, Defendants, by their attorney, Jana R. Barnett, Esquire, hereby stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action be dismissed, with prejudice, as to these two (2) defendants.

Richard R. Morel, Esq.
39-15 Main Street
Suite 318
Flushing, NY 11354
P: 424/362-8960
Esquire1998@gmail.com
Attorney for Plaintiff

Jana R. Barnett, Esq.
Pa. S.Ct. I.D. 73189
Law Offices of Jana R. Barnett
1238 Cleveland Avenue
Wyomissing, PA 19610-2102
P: 610/478-1860
F: 610/478-0453
C: 484/332-4002
JRB@JanaRBarnettEsq.com
Attorney for Defendants Dexing Gao and Family Garden II, Inc., d/b/a Family Garden Chinese Restaurant

Dated: January 11, 2019

Dated: January 11, 2019